1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

DANIEL RAMIREZ,

CASE NO. 03-CV-02254-JM(NLS)

11

Petitioner,

**ORDER ADOPTING REPORT AND RECOMMENDATION RE: DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS**

12

vs.

13

JAMES E. TILTON, Acting Secretary,

14

Respondent.

15

16
17
18
19

Having carefully considered Magistrate Judge Stormes' thorough and thoughtful Report and Recommendation ("R & R") regarding the denial of the petition for writ of habeas corpus, the record before the court, the objections to the R & R; and applicable authorities, the court adopts the R & R in its entirety.

20
21
22

In his objections, petitioner essentially repeats the same arguments raised before Magistrate Stormes. Rather than respond to these arguments a second time, the court adopts the R & R in its entirety.

23
24

In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is denied. The Clerk of Court is instructed to close the file.

25

**IT IS SO ORDERED.**

26

DATED: October 19, 2006

27

_____
Hon. Jeffrey T. Miller
United States District Judge

28

cc: All Parties

03-cv-02554